UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE FORTUNA,

    Plaintiff,	Case No. 21-cv-10172
                                                                   Hon. Matthew F. Leitman

v.

NANCY POWERS, *et al.*,

    Defendants.
_____/

## ORDER ADMINSTRATIVELY TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 13) PENDING OUTCOME OF PARTIES' SETTLEMENT CONFERENCE

On May 4, 2021, Defendants Nancy Powers and Signs & Wonders Unlimited LLC filed the pending motion to dismiss Plaintiff Terrence Fortuna's claims against them. (*See* Mot. to Dismiss., ECF No. 13.)  Fortuna filed his response on June 7, 2021, (*see* Resp., ECF No. 15), and Defendants filed their reply on July 7, 2021, (*see* Reply, ECF No. 18).  The Court heard oral argument on Defendants' motion on January 25, 2022.

After consultation with the Court, the parties have agreed to attend a settlement conference to attempt to resolve their dispute.  Due to issues identified by Powers, however, the settlement conference will necessarily be delayed for a couple of months.  In the interim, as discussed on the Zoom status conference held off-the-record on today's date, the Court **ADMINISTRATIVELY TERMINATES**

1

Defendants' pending motion to dismiss (ECF No. 13). As further discussed at today's status conference, if the case does not settle at the settlement conference, Defendants need only file a Notice of Reinstatement if, at that point, they wish to reinstate their now-terminated motion to dismiss. The Court will then decide that motion without further briefing or argument from the parties.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 4, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126